# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY YOUNG, JR.

NO. 2024 KW 0304

**JULY 1, 2024**

---

In Re:    Anthony Young, Jr., applying for supervisory writs, 20th
Judicial District Court, Parish of West Feliciana, Nos.
23-WCR-517, 01-6-393.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                    **MRT**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
         FOR THE COURT